SEP 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORLANDO COLON, TALIBUN NOOR, HENRI DRAGOTI, THEOFANIS KOUTSIAFTIS, STEPHEN KURUVILLA, SERGIO ORTIZ, VASSILIOS PANTAZIS, MARIAN SEPCARU, and VARGHESE THOMAS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HILTON WORLDWIDE, INC. d/b/a THE WALDORF=ASTORIA, f/k/a HILTON HOTELS CORPORATION,<br><br>Defendant. | 10 CIV 1575 (RJH)<br><br>ECF CASE<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/10

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41, that this action is hereby dismissed without prejudice, with each side to bear its/their own costs. The parties agree that the statute of limitations shall be tolled for the claims in the Amended Class Action Complaint (Docket Entry 14) from February 25, 2010 through and including the date of filing of this stipulation as to all persons who worked as Banquet Servers at private dining events at The Waldorf=Astoria Hotel between February 22, 2004 and the date this stipulation is filed. The statute of limitations shall resume running as to such claims on the date after this stipulation is filed.

Dated: September 13, 2010

Respectfully submitted,

_____
Justin M. Swartz
jms@outtengolden.com

Respectfully submitted,

_____
Matthew W. Lampe
mwlampe@jonesday.com

NYI-4306202v1

_____ 9/14/10
U.S.D.J.

The Clerk is requested to close the case